# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:05-cv-04459-BMS

WILMORE v. STATE OF DE et al  
Assigned to: HONORABLE BERLE M. SCHILLER  
Cause: 42:1981 Civil Rights

Date Filed: 08/22/2005  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

CARLTON E WILMORE    represented by    CARLTON E WILMORE  
48 ROSE LANE  
NEW CASTLE, DE 19720  
US  
PRO SE

V.

**Defendant**

STATE OF DE

**Defendant**

DEPT. HOMELAND SECURITY

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | 1 | MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS FILED BY CARLTON E WILMORE.STATEMENT.(wgc, ) (Entered: 08/22/2005) |
| 08/22/2005 | 2 | Request for Appointment of Attorney by CARLTON E WILMORE. (wgc, ) (Entered: 08/22/2005) |
| 08/24/2005 | 3 | ORDER THAT THIS ACTION IS TRANSFERRED TO THE U.S.D.C. FOR THE DISTRICT OF DELAWARE; THE CLERK IS DIRECTED TO CLOSE THIS MATTER.. SIGNED BY JUDGE BERLE M. SCHILLER ON 8/24/05. 8/25/05 ENTERED AND COPIES MAILED.(afm, ) (Entered: 08/25/2005) |
| 09/27/2005 |   | Original record together with certified copy of docket entries forwarded to District of DELAWARE. (afm, ) (Entered: 09/27/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/29/2005 08:50:53 | | |
| **PACER Login:** us4171 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:05-cv-04459-BMS |
| **Billable Pages:** 1 | **Cost:** | 0.08 |