

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

_Carlton E Wilmore_
Petitioner/Plaintiff

Civil Action No. _05cv4459_

v.

_State of DE Dept. of Homeland security_    0 5 - 7 0 7
Defendant(s)

FILED
AUG 2 2 2005
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

### REQUEST FOR APPOINTMENT OF ATTORNEY

I, _Carlton E Wilmore_, Petitioner/Plaintiff, request appointment of counsel as provided by 42 U.S.C. §2000(e)5.

1.) I have made a diligent effort to employ an attorney [check appropriate box(es)]:

☐ **CONTACTED PRIVATE ATTORNEY(S)**
(List all attorney(s) contacted and state why each is not representing you.)

_____
_____
_____
_____
_____

☐ **CONTACTED A LEGAL AID ORGANIZATION**
(State when this organization was contacted and why it did not assist you.)

FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
0 5 - 7 0 7

_____
_____

☐ **CONTACTED BAR ASSOCIATION LAWYER REFERRAL SERVICE,**

if available.  (*State what assistance was provided.*)

_____
_____
_____
_____

2.) If unable to pay attorney's fees or costs - I am financially unable to hire counsel (Complete and file Form 2 - In Forma Pauperis Petition)

3.) I believe I have a claim against the following employer (Give name and address):

State of DE, Homeland security, Dept.
_____
_____
_____

4.) The reason(s) for my claim are (Give brief employment history with dates and specific reasons for lawsuit):

7-02 + 8-03  State of DE, Dept. Homeland security Dept.
_____
_____
_____
_____
_____

I certify under the penalty of perjury that the foregoing statements are true and correct.

_____
Signature

09-22-05
_____
Date

**UNITED STATES DISTRICT COURT FOR THE**