IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLTON E. WILMORE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STATE OF DE and | : | |
| DEPT. HOMELAND SECURITY | : | NO. 05-4459 |

### O R D E R

**AND NOW**, this 24th day of August, 2005, it is hereby **ORDERED** that:

1. This civil action is transferred to the United States District Court for the District of Delaware.

2. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**Berle M. Schiller, J.**