BMS

EASTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05-707

Carlton E Wilmore
Plaintiff

v.

State of DE, Dept. Homeland security
Defendant

05cv4459

FILED
AUG 22 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**COMPLAINT**

1.) Fill in you address (street, city or town, state, and zip code):

41 Rose Lane
New Castle, DE 19720

2.) Defendant's address is (street, city or town, state, and zip code):

3.) <u>Statement of Claim</u>:
Fill in the facts of your case, and state why you are filing this lawsuit. Give names, dates, and places as best you can.

wrongful termination
unfair work practices

4.) Fill in what you are requesting in this case:

_____
_____
_____
_____

5.) If you filed charges with the Equal Employment Opportunity Commission or with the Pennsylvania Human Relations Commission, please attach a copy of the Notice-of-Right-to-Sue letter.

6.) If there is a right to a jury trial in your type of case, do you want one?
Yes  X    No ____

_____
(Your Signature)

I declare under penalty of perjury that the information filled in is true and correct.

08-22-05
(Date)

_____
(Your Signature)