

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

__Carlton E Wilmore__
Petitioner/Plaintiff

Civil Action No. __05CV4459__

v.

__State of DE Dept. of Homeland security__   05-707
Defendant(s)

FILED AUG 2 2 2005
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

### REQUEST FOR APPOINTMENT OF ATTORNEY

I, __Carlton E Wilmore__, Petitioner/Plaintiff, request appointment of counsel as provided by 42 U.S.C. §2000(e)5.

1.) I have made a diligent effort to employ an attorney [check appropriate box(es)]:

☐ **CONTACTED PRIVATE ATTORNEY(S)**
(List all attorney(s) contacted and state why each is not representing you.)

_____
_____
_____
_____
_____

☐ **CONTACTED A LEGAL AID ORGANIZATION**
(State when this organization was contacted and why it did not assist you.)

FILED
SEP 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
05-707

☐ **CONTACTED BAR ASSOCIATION LAWYER REFERRAL SERVICE,**

if available. (*State what assistance was provided.*)

___

2.) If unable to pay attorney's fees or costs - I am financially unable to hire counsel (Complete and file Form 2 - <u>In Forma Pauperis</u> Petition)

3.) I believe I have a claim against the following employer (Give name and address):

State of DE, Homeland security, Dept.

___

4.) The reason(s) for my claim are (Give brief employment history with dates and specific reasons for lawsuit):

7-02 + 8-03 ~~Capitl~~ State of DE, Dept. Homeland security Dept.

___

I certify under the penalty of perjury that the foregoing statements are true and correct.

_[signature]_
Signature

08-22-05
Date

**UNITED STATES DISTRICT COURT FOR THE**