IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLTON E. WILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-707-SLR |
| | ) |
| STATE OF DELAWARE, DEPARTMENT | ) |
| OF HOMELAND SECURITY | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of October, 2005, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $29,744. (D.I. 1)

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                               /s/Sue L. Robinson
                                      United States District Judge