IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARLTON E. WILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-707-SLR |
| ) | |
| STATE OF DELAWARE and ) | |
| DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1981 without prepayment of the filing fee;

WHEREAS, on October 14, 2005, this Court entered an order denying plaintiff's request to proceed in forma pauperis and requiring the plaintiff to pay the $250.00 filing fee (D.I. 7);

WHEREAS, the filing fee payment was to be made within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the filing fee has not been received from the plaintiff;

THEREFORE, at Wilmington this 22 day of November, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is

DISMISSED WITHOUT PREJUDICE.  Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

                                            *[Signature]*
                                    United States District Judge